# CRIMINAL CASE COVER SHEET

By: ☑ INDICTMENT ☐ SUPERSEDING Case Number: _____
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA v. **Justis Ellen Johnson**

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

Immigration Cases
☐ Defendant is being added to existing criminal case ☐ Zone A ☐ Zone B
☐ Charges/Counts Added

Name of Assigned AUSA: **Frank M. Dale, Jr.**

Matter Sealed: ☑ YES ☐ NO    Place of Offense: **Knox County**

☐ Interpreter Required   Language: _____

Issue: ☑ WARRANT ☐ SUMMONS ☐ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☐ FBI ☑ Other: **KPD-ICAC**

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed    Case Number: _____

☐ Defendant on Supervised Release    Case Number: _____

Related Case/Attorney:

Case Number _____   Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

☐ Federal Defender   ☐ CJA   ☐ Retained

Appointed by Target Letter    Case Number: _____
Appointed in Pending Indictment    Case Number: _____

CHARGES:   Total # of Counts for this Defendant **3**

(Attach additional page, if needed)

Attorney Signature _____

CRIMINAL CASE COVER SHEET

Case Number _____

USA v. Justis Ellen Johnson
_____

(Continued from Page 1)

|   | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18:2251(a) and (e) | Production of Child Pornography | | | |
| 2 | 18:2252A(a)(2) | Distribution of Child Pornography | | | |
| 3 | 18:2232(a) and 2 | Destruction or Removal of Property to Prevent Search or Seizure | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |