# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:22-cr-32  **Date:** July 6, 2022

United States of America **vs.** Justis Johnson

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | Corey Miller |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Frank Dale, Jr. | Luke Evans |
|---|---|
| **Asst. U.S. Attorney** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for an initial appearance on a petition for action on conditions of release.

- [✓] Defendant sworn.
- [ ] Defendant present with Court appointed counsel.
- [✓] Defendant present with retained counsel.
- [✓] Government requested revocation of the conditions of release and detention of the
- [ ] defendant:
  - [ ] Defendant waived and reserved the right to a detention hearing.
  - [✓] Defendant requested detention hearing.
    - [✓] Detention hearing set.  [ ] Detention hearing held.
- [ ] Court revoked Order Setting Conditions of Release and remanded the defendant to custody.
- [ ] Parties agreed to allow defendant to remain on existing conditions of release. Court modified conditions and allowed defendant to be released on an amended order setting conditions of release.

**Dates set at this hearing:**
- [✓] **Revocation Hearing:** July 14, 2022 at 12:30 p.m.
- [ ] **Detention Hearing:**
- [ ] **Other Hearing:**

[✓] Defendant remanded to custody.  [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 4:00 **to** 4:20

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ 3:22-cr-32 _ 2022706 _ 155303