UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No.3:22-CR-32 |
| V. | ) |
| | ) |
| | ) |
| JUSTIS JOHNSON | ) |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned for an initial appearance on a petition for action on conditions of pretrial release. Assistant United States Attorney Frank Dale, Jr. was present representing the government. Attorney Luke Davis was present on behalf of the Defendant. The government moved for detention. The defendant requested a detention/revocation hearing and acknowledged and agreed that he/she would remain in detention pending that hearing. The defendant shall be held in custody by the United States Marshal until the detention/revocation hearing and produced for the detention/revocation hearing.

ENTER:

s/Debra C. Poplin
DEBRA C. POPLIN
UNITED STATES MAGISTRATE JUDGE