IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 3:22-CR-32 |
| v. | ) |
| | ) |
| | ) |
| JUSTIS ELLEN JOHNSON. | ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Comes now counsel for the Defendant and would move this Honorable Court for leave to file a document under seal. In support thereof the Defendant would state the following:

1. The Defendant is required to file a Motion for Leave of Court to make such a filing under seal pursuant to Rule 12.2 of the "Electronic Case Filing Rules and Procedures."

2. The document contains information that is confidential and should not be made available to the public at large. Based upon the sensitive nature of the information in the pleading, it should only be made available to the opposing party.

3. That Defendant would therefore move this Honorable Court to grant this motion and permit the filing of the document under seal.

Respectfully submitted,

EVANS BULLOCH & PARKER PLLC

/s/ Luke A. Evans
LUKE A. EVANS, BPR #23620
Attorney for Defendant
302 North Spring Street
P. O. Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154
lukeevans@bfhelaw.com

Certificate of Service

I hereby certify that on July 8, 2022, I electronically filed the foregoing Motion with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Frank Dale and Jennifer Kolman,** Assistant United States Attorney, 800 Market Street, Suite 211 Knoxville, Tennessee 37902.

/s/ Luke A. Evans
LUKE A. EVANS