PS 10
(12/06)

RECEIVED BY: HW
DATE: 7·1·22   TIME: 1:30
U.S. MARSHAL E/TN
KNOXVILLE, TN

# United States District Court
## for the
## Eastern District of Tennessee

U.S.A. vs Justis Ellen Johnson     Docket No.: 3:22-CR-00032-001

TO: [1] Any United States Marshal or any agent of the FBI

**FILED**
JUL 11 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| WARRANT FOR ARREST OF DEFENDANT | | | | |
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | | |
| NAME OF DEFENDANT  Justis Ellen Johnson | REG#96223-509 | SEX Female | RACE: White | DOB: 01/15/1985  AGE: 36 |
| ADDRESS(STREET, CITY, STATE)  101 Batey Court, Smyrna, Tennessee 37167 | | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)  The Honorable Debra C. Poplin, United States Magistrate Judge  Eastern District of Tennessee | | | | |
| CLERK  LeAnna R. Wilson | (BY) DEPUTY CLERK  *[signature]* | | DATE  July 1, 2022 | |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED  7/1/2022 | DATE EXECUTED  7/6/2022 |
| EXECUTING AGENCY (NAME AND ADDRESS)  USMS Knoxville | | |
| NAME  J. Bales #31375 | (BY) *[signature]* | DATE  7/6/2022 |

FID: 11409806
USMS: 96223-509
2274-0701-2010-B

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <dist name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."