# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3B

**Case #:** 3:22-cr-32  **Date:** July 14, 2022

United States of America **vs.** Justis Johnson

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | April Bradford |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Frank Dale, Jr. | Luke Evans |
|---|---|
| **Asst. U.S. Attorney** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for an initial appearance on a petition for action on conditions of release.

- [x] Defendant sworn.
- [ ] Defendant present with Court appointed counsel.
- [x] Defendant present with retained counsel.
- [x] Government requested revocation of the conditions of release and detention of the
- [ ] defendant:
    - [ ] Defendant waived and reserved the right to a detention hearing.
    - [x] Defendant requested detention hearing.
        - [ ] Detention hearing set.
        - [x] Detention hearing held.
- [x] Court revoked Order Setting Conditions of Release and remanded the defendant to custody.
- [ ] Parties agreed to allow defendant to remain on existing conditions of release. Court modified conditions and allowed defendant to be released on an amended order setting conditions of release.

**Dates set at this hearing:**
- [ ] **Revocation Hearing:**
- [ ] **Detention Hearing:**
- [ ] **Other Hearing:**

- [ ] Defendant remanded to custody.   [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 12:30 to 1:15

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ 3:22-cr-32 _ 2022714 _ 122409

Case 3:22-cr-00032-KAC-DCP   Document 34   Filed 07/14/22   Page 1 of 1   PageID #: 98