IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:22-CR-32-KAC-DCP |
| | ) | |
| JUSTIS ELLEN JOHNSON, and | ) | |
| BRANDON KAVANAGH, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

All pretrial motions in this case have been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Justis Johnson's Unopposed Motion to Continue Trial and Extend Scheduling Deadlines [Doc. 38], asking to continue the January 24, 2023 trial date; the October 3, 2022 motion deadline; and other pretrial deadlines. The motion relates that counsel for Defendant Johnson needs additional time to review new discovery, to confer with his client, and to assess the need for pretrial motions. Defendant Johnson argues that a continuance would further the ends of justice by allowing counsel to continue plea negotiations and to prepare the case for trial. The motion states the Government does not oppose the requested relief. Although styled as "unopposed," the motion does not state the position of Codefendant Brandon Kavanagh. Accordingly, counsel for Defendant Kavanagh is **ORDERED** to file a written response, stating his position on a trial continuance, on or before **November 10, 2022**.

 **IT IS SO ORDERED.**

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge