UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | No. 3:22-CR-32 |
| | ) | |
| JUSTIS ELLEN JOHNSON, and | ) | JUDGES CRYTZER/ |
| BRANDON KAVANAGH, | ) | POPLIN |
| | ) | |
| Defendants | ) | |

### RESPONSE OF DEFENDANT BRANDON KAVANAGH TO DEFENDANT JOHNSON'S UNOPPOSED MOTION TO CONTINUE TRIAL AND EXTEND SCHEDULING DEADLINES

Come now Defendant, Brandon Kavanagh, through undersigned counsel, pursuant to the Court's Order of November 3, 2022, [ECF 41], and submits the following Response to Defendant Johnson's pending "Unopposed Motion to Continue Trial and Extend Scheduling Deadlines," [ECF 38]:

Defendant Kavanagh does not oppose the requested continuance of the trial date; motions deadline; and other pretrial deadlines.

Respectfully submitted this 3rd day of November, 2022.

/s/ Donald A. Bosch
Donald A. Bosch (BPR No. 013168)
Ann C. Short (BPR No. 009645)

**THE BOSCH LAW FIRM**
712 South Gay Street
Knoxville, TN 37902
(865) 637-2142

*Counsel for Brandon Kavanagh*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on November 3, 2022, the foregoing was filed electronically, using the CM/ECF system, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt.

               */s/ Donald A. Bosch*
               DONALD A. BOSCH