**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CASE NO. 3:22-CR-32 |
| v. | |
| | JUDGE CRYTZER |
| JUSTIS ELLEN JOHNSON | |

## <u>UNITED STATES' SENTENCING MEMORANDUM</u>

Aside from the information contained in the Revised Presentence Investigation Report (Doc. No. 90), the United States has no additional information regarding the issue of sentencing. The United States submits that the negotiated sentence of 327 months imprisonment is appropriate under 18 U.S.C. § 3553 and requests that the Court accept the parties' plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C). The United States, however, reserves the right to offer argument and proof at the sentencing hearing as it deems appropriate and the Court permits.

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/Keith Hollingshead-Cook*
KEITH HOLLINGSHEAD-COOK
Assistant United States Attorney
TN Bar No. 030190
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Keith.Cook2@usdoj.gov